

# NUMBER 13-19-00461-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN RE FRAUDULENT HOSPITAL LIEN LITIGATION

---

### On appeal from the 444th District Court
### of Cameron County, Texas.

---

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Order Per Curiam

This cause is currently before the Court because the Second Supplemental Clerk's Record-Volume #2 as filed in this cause contains sensitive and prohibited material. *See* TEX. R. APP. P. 9.8; TEX. R. CIV. P. 21c. On February 18, 2020, appellee filed a "Motion for Release of the Second Supplemental Sealed Clerk's Record-Volume #2." Given the exigent nature of this case and its appellate deadlines, *see* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a), the Court grants the motion and enters the following order regarding the appellate record. *See* TEX. R. APP. P. 34.

The Court ORDERS the sealed record will be provided to counsel on a CD-ROM. The Court ORDERS counsel to treat the CD-ROM as confidential and to safeguard it as an official and original court document. Counsel may not copy, save, or otherwise reproduce the CD-ROM and shall promptly return the CD-ROM to the Court after use. Counsel is ordered to maintain the confidentiality of the information contained in this sealed record and is prohibited from disseminating the sensitive information contained within the sealed record to any person.

Further, counsel is hereby ORDERED to fully comply with the requirements of the appellate rules regarding redaction and the use of aliases as appropriate in preparing and filing the appellate brief with this Court. *See id.* R. 9.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
21st day of February, 2020.